UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OLIVIA SNEH and
JORENA SNEH,

      Plaintiffs,

v.

THE BANK OF NEW YORK MELLON,
f/k/a THE BANK OF NEW YORK AS TRUSTEE
FOR THE CERTIFICATE HOLDERS of CWABS, INC.,
ASSET-BACKED CERTFICATES, SERIES 2007-7.

      Defendants.

CIV. NO. 12-954 (MJD/JSM)

ORDER

This matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October, 2012. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, upon all files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:
1. Defendant's Motion to Dismiss [Docket No. 2] is **GRANTED.**
2. This suit is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 14, 2012

s/Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court